Sheryl Bruzzese (SB 5680)
CORPORATION COUNSEL OF THE CITY OF NEW YORK.
100 Church Street
New York, NY 10007
(212) 788-0893
Attorneys for Defendant City of New York



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHARLES CABBLE,

          Plaintiff,

  -against-

LINDA ROLLIESON, NYREE SOTO,
TAMESHA DASENT a/k/a NORDA WILLIAMS,
CHRISTINA COLLAZO, MONIQUE RIDDOCK,
LAUREN THORPE, and the CITY OF NEW YORK,

          Defendants.
------------------------------------------------------------------x

: 04 Civ. 09413 (LTS)

: **STIPULATION AND ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/07/05
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that defendants' time to answer or otherwise respond to plaintiff's complaint is hereby extended up to an including February 22, 2005.

Dated: New York, New York
       December 21, 2004

SO ORDERED.

_____  7 January 2005
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

THOMPSON WIGDOR & GILLY LLP

By: _____
Douglas H. Wigdor (DW 9737)
Kenneth P. Thompson (KT 6026)
Scott Browning Gilly (SG 6861)

Empire State Building
350 Fifth Avenue
Suite 5720
New York, NY 10118
(212) 239-9292

Attorneys for Plaintiff Charles Cabble

STORCH AMINI MUNVES P.C.

By: _____
Steven G. Storch (SS 5241)
Lita Beth Wright (LW 5241)
Sangita A. Shah (SS 7815)

2 Grand Central Tower
140 East 45th Street
New York, New York 10174
(212) 490-4100

Attorneys for Defendants Linda Rollieson,
Nyree Soto, Tamesha Dasent, Christina
Collazo, Monique Riddock, and Lauren Thorpe

CORPORATION COUNSEL OF THE CITY
OF NEW YORK.

By: _____
Sheryl Bruzzese (SB 5680)

100 Church Street
New York, NY 10007
(212) 788-0893

Attorneys for Defendant City of New York

SO ORDERED:

___/s/ see first page___
Hon. Laura Taylor Swain, U.S.D.J.

THOMPSON WIGDOR & GILLY LLP

By:_____
    Douglas H. Wigdor (DW 9737)
    Kenneth P. Thompson (KT 6026)
    Scott Browning Gilly (SG 6861)

Empire State Building
350 Fifth Avenue
Suite 5720
New York, NY 10118
(212) 239-9292

Attorneys for Plaintiff Charles Cabble

STORCH AMINI MUNVES P.C.

By: */s/ Sangita A. Shah*
    Steven G. Storch (SS 5241)
    Lita Beth Wright (LW 5241)
    Sangita A. Shah (SS 7815)

2 Grand Central Tower
140 East 45th Street
New York, New York 10174
(212) 490-4100

Attorneys for Defendants Linda Rollieson, Nyree Soto, Tamesha Dasent, Christina Collazo, Monique Riddock, and Lauren Thorpe

CORPORATION COUNSEL OF THE CITY OF NEW YORK.

By: _____
    Sheryl Bruzzese (SB 5680)

100 Church Street
New York, NY 10007
(212) 788-0893

Attorneys for Defendant City of New York

SO ORDERED:

_/s/ see first page_____
Hon. Laura Taylor Swain, U.S.D.J.

2