```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
CHARLES CABBLE,                                             :
                                                            :
                         Plaintiffs,                        :     **ORDER FOR CONFERENCE**
                                                            :     **PURSUANT TO RULE 16(a)**
         -v.-                                               :
                                                            :     04 Civ. 9413(LTS)(FM)
LINDA ROLLIESON, et al.,                                    :
                                                            :
                         Defendants.                        :
                                                            :
------------------------------------------------------------x

**FRANK MAAS**
**UNITED STATES MAGISTRATE JUDGE.**

This action is scheduled for an initial case management conference in accordance with Fed. R. Civ. P. 16(a), on June 9, 2006, at 5:00 p.m., in Courtroom 20A, 500 Pearl Street, New York, New York.

**PRIOR TO THE CONFERENCE**, the plaintiff(s) must send a courtesy copy of the complaint to my Chambers.

**AT THE CONFERENCE**, the parties must be prepared to discuss the subjects set forth in subdivisions (b) and (c) of Rule 16.

**AT THE CONFERENCE**, the parties shall jointly submit to the Court both a hard copy and a copy in WordPerfect format on a computer disk of a proposed Scheduling Order, containing the following:

1.  the date of the conference and the appearances for the parties; including the individual attorney's name, the law firm's name, the party(ies) represented, business address, and business phone number;

2.  a concise statement of the issues as they then appear;

3. a schedule including:

   a. the names of persons to be deposed and a schedule of planned depositions;

   b. a schedule for the production of documents;

   c. dates by which (i) each expert's report* will be supplied to the adversary, and (ii) each expert's deposition will be completed;

   d. a date prior to the conclusion of discovery when a telephonic status conference with counsel to the parties and the Court will be held;

   e. a date when discovery is to be completed;

   f. a date following the conclusion of discovery when a settlement conference will be held;

   g. the date by which pretrial motions, if any, will be filed;

   h. the date by which plaintiff(s) will supply pretrial order materials to defendant(s);

   i. the date by which the parties will submit a joint pretrial order, which should be in accordance with procedures of the judge before whom the trial will be conducted; and

4. a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

5. a statement of those discovery issues, if any, as to which counsel, after a good faith effort, were unable to reach an agreement;

---

*Each expert's report is to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

6. anticipated fields of expert testimony, if any;

7. anticipated length of trial and whether, and by whom, a jury has been requested;

8. a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires:

9. provision for approval of the Court and signature line for the Court; and Plaintiff's counsel is further directed to send a copy of the proposed Scheduling Order, via facsimile, to the undersigned United States Magistrate Judge, at (212) 805-6724, at least two business days before the scheduled conference.

SO ORDERED

Dated: New York, New York
May 5, 2006

FRANK MAAS
United States Magistrate Judge

Copies to:

Honorable Laura Taylor Swain
United States District Judge

Douglas H. Wigdor, Esq./Kenneth P. Thompson, Esq.
Thompson, Wigdor & Gilly
350 Fifth Avenue, Suite 5720
New York, New York  10118
Via Facsimile @(212) 239-9001

Steven G. Storch, Esq.
Storch Amini Munves, PC
2 Grand Central Tower
New York, New York  10017
Via Facsimile @(212) 490-4208

Sheryl Bruzzese, Esq.
Assistant Corporation Counsel
NYC Law Department
100 Church Street
New York, New York  10007
Via Facsimile @(212) 788-9776